KEVIN V. RYAN (CSBN 118321)
United States Attorney

MARK L. KROTOSKI (CSBN 138549)
Chief, Criminal Division

STEPHANIE M. HINDS (CSBN 154284)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, CA 94102
Telephone: (415) 436-6816
Facsimile: (415) 436-6748
email: stephanie.hinds@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>         v.<br><br>1.  ONE GLOCK 19, 9MM PISTOL, SERIAL<br>     NUMBER HFV026,<br><br>2.  9MM AND 40 CAL. S&W<br>     AMMUNITION; AND<br><br>3.  $10,130 IN UNITED STATES<br>     CURRENCY,<br><br>         Defendants. | **No.** 06-5412 JCS<br><br>MOTION AND [~~PROPOSED~~] ORDER FOR APPOINTMENT OF SUBSTITUTE CUSTODIAN FOR DEFENDANT FIREARM AND 9MM AND 40 CAL. S&W AMMUNITION |

The United States hereby applies to this Court for an order appointing the Federal Bureau of Investigation ("FBI") as the substitute custodian of the defendant one Glock 19, 9mm Pistol, Serial Number HFV026 and 9mm and 40 Cal. S&W ammunition.

On September 1, 2006, the United States filed a civil action seeking forfeiture of a Glock 19, 9mm Pistol, Serial Number HFV026 and 9mm and 40 cal. S&W ammunition (hereinafter "defendant firearm and ammunition"), among other property as listed in the caption of this

Dockets.Justia.com

1  pleading.  In its complaint, the government alleged that the defendant firearm is subject to

2  forfeiture pursuant to Title 21, United States Code, Section 881(a)(11) as a firearm intended to be

3  used to facilitate the transportation, sale, receipt, possession and concealment of controlled

4  substances or proceeds.  The defendant firearm and the ammunition are also subject to forfeiture,

5  pursuant to  Title 18, United States Code, Section 924(d), as firearm and ammunition involved in

6  or used to facilitate violations of Title 18, United States Code, Section 922(g) and 924.

7        Upon the filing of the civil forfeiture complaint, Rule C(3)(a)(i) of the Federal Rules of

8  Civil Procedure, Supplemental Rules of Admiralty and Maritime Claims authorizes the Clerk of

9  the Court to issue warrants of arrest for the defendant property without requiring a certificate of

10  exigent circumstances.

11        Further, upon the seizure of the defendant firearm and ammunition, the United States

12  requests that the Court authorize FBI to act as substitute custodian for the defendant firearm and

13  ammunition until further order of this Court.  The FBI has adequate and appropriate facilities and

14  supervision for the proper safekeeping of the defendant firearm and ammunition.  The United

15  States Marshal Service agrees to FBI's appointment of substitute custodian of the defendant

16  property.

17  DATED: 9/6/06                    Respectfully submitted,

18                                   KEVIN V. RYAN
                                     United States Attorney
19
                                          /S/
20
                                     STEPHANIE M. HINDS
21                                   Assistant United States Attorney

22

23

24

25

26  / /

27  / /

28

SUBSTITUTE CUSTODIAN ORDER                                              2
C 06-5412 JCS

1

**[~~PROPOSED~~] ORDER**

2

 Upon the above motion by the United States, and good cause appearing, the Court hereby

3

authorizes the Federal Bureau of Investigation (FBI) to maintain custody of the defendant firearm

4

and ammunition until further order of this Court.

5

 IT IS SO ORDERED.

6

7

Dated:_____Sept. 6, 2006_____



8

       _____
JOSEPH
UNITED STATES MAGISTRATE JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28