KEVIN V. RYAN (CSBN 118321)
United States Attorney

MARK L. KROTOSKI (CSBN 138549)
Chief, Criminal Division

STEPHANIE M. HINDS (CSBN 154284)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-6816
Facsimile: (415) 436-6748
email:    stephanie.hinds@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO VENUE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>1. ONE GLOCK 19, 9MM PISTOL, SERIAL NUMBER HFV026,<br><br>2. 9MM AND 40 CAL. S&W AMMUNITION; AND<br><br>3. $10,130 IN UNITED STATES CURRENCY,<br><br>　　　　　　　Defendants. | No. 06-5412 JCS<br><br>**SETTLEMENT STIPULATION** |

In full and final settlement of all claims and disputes arising from and related to the captioned forfeiture action, plaintiff United States of America, and claimant Chanelle Gamble, hereby stipulate and agree as follows:

1. On September 1, 2006, plaintiff filed a civil action seeking forfeiture of the above-captioned defendant property. In its complaint, plaintiff sought forfeiture of the defendant currency, pursuant to Title 21, United States Code, Section 881(a)(6), on the ground that there was probable cause that the money constituted drug proceeds. Plaintiff also sought forfeiture of the defendant firearms, pursuant to Title 18, United States Code, Section 924(d) and Title 21, United States Code, Section 881(a)(11), as property which facilitated drug trafficking crimes.

2. By this agreement, plaintiff recognizes Chanelle Gamble's claim to $1,130 of the defendant currency.

3. Chanelle Gamble has insufficient knowledge to admit or deny the sufficiency of the evidence necessary to establish forfeiture of the defendant funds and therefore agrees not to contest that sufficient evidence exists to establish the forfeiture of $10,000 [handwritten: $9,000 SMH] of the defendant currency, pursuant to Title 21, United States Code, Section 881(a)(6), and consents to the forfeiture of said currency without further notice to her. Chanelle Gamble further relinquishes all right, title and interest in the $10,000 [handwritten: $9,000 SMH] of the defendant currency, and agrees that said funds shall be forfeited to the United States and disposed of according to law by the appropriate federal agency.

4. $1,130, which represents the balance of the defendant currency, shall be returned (via check made payable to Chanelle Gamble) to Chanelle Gamble, through her attorney Diana L. Weiss whose business address is 1563 Solano Avenue, Suite 223, Berkeley, California 94707. Such payment shall be in full settlement and satisfaction of any and all claims by Chanelle Gamble, her heirs, representatives and assignees to the defendant currency indirectly or directly related to this action

5. Claimant Chanelle Gamble, her heirs, representatives and assignees, shall hold harmless the United States, any and all agents, officers, representatives and employees of same, including all

SETTLEMENT AGREEMENT
[ C 06-5412 JCS ]
2

federal, state and local enforcement officers, for any and all acts directly or indirectly related to the seizure and forfeiture of the defendant currency.

6. Each party shall pay its own attorney fees and costs.

Dated: 3/16/07

KEVIN V. RYAN
United States Attorney

STEPHANIE M. HINDS
Assistant United States Attorney

Dated: 3-16-07

DIANA L. WEISS
Attorney for Chanelle Gamble

Dated: 3/9/07

CHANELLE GAMBLE
Claimant

Dated: March 30, 2007



IT IS SO ORDERED
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SETTLEMENT AGREEMENT
[ C 06-5412 JCS]

3