UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. C-06-05412 JCS |
| Plaintiff(s), | **ORDER TO SHOW CAUSE** |
| v. | |
| ONE GLOCK 19, 9 MM PISTOL, ET AL. | |
| Defendant(s). | |

On June 22, 2007, at 9:30 a.m., before this Court in the above-entitled case, Plaintiff's Motion for Default Judgment was set for oral argument. Plaintiff was not present. Defendant was not present.

IT IS HEREBY ORDERED that Plaintiff appear on **August 3, 2007, at 1:30 p.m.,** before Magistrate Judge Joseph C. Spero, in Courtroom A, 15th Floor, 450 Golden Gate Avenue, San Francisco, California, and then and there to show cause why this action should not be dismissed for Plaintiff's failure to appear as ordered by this Court on June 22, 2007.

IT IS SO ORDERED.

Dated: June 25, 2007

_____
JOSEPH C. SPERO
United States Magistrate Judge